# IN THE SUPREME COURT OF THE STATE OF NEVADA

BRENT ELI MORRIS,
                              Appellant,
vs.
THE STATE OF NEVADA GAMING
CONTROL BOARD,
                              Respondent.

No. 70228

FILED

NOV 04 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S. Young___
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a district court order denying appellant's appeal from a justice court decision. Eighth Judicial District Court, Clark County; Adriana Escobar, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. The district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969). Accordingly, we conclude that we lack jurisdiction over this appeal, and we therefore

ORDER this appeal DISMISSED.

_____Cherry_____, J.
Cherry

_____Douglas_____, J.
Douglas

_____Gibbons_____, J.
Gibbons

cc:   Hon. Adriana Escobar, District Judge
      Brent Eli Morris
      Attorney General/Carson City
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

16-34503